HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCTIC SLOPE REGIONAL CORPORATION, | CASE NO. C11-1218 RAJ |
| Plaintiff, | ORDER |
| v. | |
| ELLIOTT AVENUE, INC., et al. | |
| Defendants. | |

This matter comes before the court on a motion for leave to withdraw as attorneys for defendant/counterclaim/third-party plaintiff Elliott Avenue, Inc. ("Elliott") and defendant Luis Gonzalez, Sr. DBA Elliott Avenue Management Consultants (collectively "Defendants"). Dkt. # 65. Counsel for Defendants represents that Defendants have consented to the withdrawal of McNaul Ebel Nawrot & Helgren PLLC as attorneys of record in this matter, and that copies of the motion have been served on them and opposing counsel. Dkt. # 66 ¶¶ 2-3.

On June 27, 2013, plaintiff/counterclaim defendant Arctic Slope Regional Corporation ("Plaintiff") and Defendants filed a stipulation to dismiss all their claims and counterclaims against each other, and those claims and counterclaims were dismissed. Accordingly, the only remaining claims are against defendant George Thaw. *See* Dkt. #

ORDER- 1

61 ¶¶ 69-74, 82-93 (Plaintiff's Third Amended Complaint); Dkt. # 64 ¶¶ 57-92 (Elliott's Third-Party Complaint).

For all the foregoing reasons, the court GRANTS the motion to withdraw as counsel, and McNaul Ebel Nawrot & Helgren PLLC is hereby discharged as counsel for Defendants. The court notes that Elliott is now proceeding as a *pro se* third-party plaintiff. McNaul Ebel Nawrot & Helgren PLLC is ORDERED to provide a copy of this order to Defendants. Additionally, since the only remaining parties are Plaintiff, defendant George Thaw, third party plaintiff Elliott and third party defendant Thaw, the Clerk is ORDERED to terminate all other parties.

Dated this 9th day of July, 2013.

The Honorable Richard A. Jones
United States District Judge

ORDER- 2